# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155188

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALEXANDER CURTIS SALOWICH,
     Defendant-Appellant.

SC: 155188
COA: 335404
Gladwin CC: 15-008311-FH;
15-008315-FH; 15-008316-FH

_____/

By order of October 3, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the December 8, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

WILDER, J., did not participate because he was on the Court of Appeals panel.



a1218

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk